# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ronald Bentley,

     Plaintiff(s),

v.

Ensemble Travel, Inc.,

     Defendant(s).

Case No. 2:26-cv-01010-ART-NJK

**Order**

[Docket No. 10]

Pending before the Court is a stipulation to extend the answer deadline, which the parties filed in the afternoon of May 20, 2026. Docket No. 10. The subject deadline expired several weeks earlier. *See* Docket No. 9; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i). The stipulation fails to make any showing as to excusable neglect, *but see* Fed. R. Civ. P. 6(b)(1)(B), including most centrally why the parties did not seek this relief *before* expiration of the subject deadline as opposed to waiting to file their stipulation on the eve of the date on which Defendant would file the answer, *cf. Branch Banking & Trust Co. v. DMSI, LLC*, 871 F.3d 751, 764-65 (9th Cir. 2017) (concluding that the failure to explain the reason for not timely seeking relief from the deadline before it expired is, standing alone, fatal to the required showing of excusable neglect). Accordingly, the stipulation is **DENIED** without prejudice. A further request making the proper showings must be filed by June 3, 2026.

     IT IS SO ORDERED.

     Dated: May 28, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1